Gerald M. Needham, OSB #963746
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, Oregon  97204
Tel:     (503) 326-2123
Fax:    (503) 326-5524
jerry_needham@fd.org

Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:17-cr-00224-MO |
| Plaintiff, | **DEFENDANT'S SENTENCING MEMORANDUM** |
| v. | |
| JAMES PEPION, | |
| Defendant. | |

James Pepion will appear before the Court on April 4, 2018, for sentencing upon his plea of guilty to one count of Trafficking in Counterfeit Goods in violation of 18 U.S.C. § 2320(a) and one count of Money Laundering in violation of 18 U.S.C. § 1956(a)(1)(B)(i). For the reasons outlined in other sentencing materials before the Court, the defense is recommending that the Court sentence Mr. Pepion to a five-year term of probation with the requirement that he serve a six-month term of home confinement and complete 100 hours of community service.

RESPECTFULLY SUBMITTED on March 28, 2018.

/s/ Gerald M. Needham
Gerald M. Needham
Assistant Federal Public Defender

PAGE 1.   DEFENDANT'S SENTENCING MEMORANDUM